**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAFI TOMEH,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-00473-MCS-ADS ADELANTO

**JUDGMENT**

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted in part. Respondent shall provide Petitioner Rafi Tomeh (A# 067-004-300) an individualized hearing before a neutral immigration judge within seven days of entry of this Order to determine whether changed circumstances showing a risk of flight or a danger to the community justify Petitioner's re-detention. Respondent shall provide Petitioner a minimum of 48 hours' notice of the date, time, and place of the hearing.

**IT IS SO ORDERED.**

Dated: August 27, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CC: Adelanto Detention Center via Email